

## MEMORANDUM OPINION

No. 04-09-00682-CV

**IN RE ALAMO HEIGHTS NEIGHBORHOOD ASSOCIATION,**
Alamo Heights Neighborhood Committee, and John Joseph

Original Mandamus Proceedings[1]

PER CURIAM

Sitting:       Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  October 28, 2009

DENIED

On October 23, 2009, Relators filed a petition for a writ of mandamus and motion for temporary relief. After considering the petition and the motion, this court has determined that the Relators are not entitled to the relief sought. Therefore, the petition and request for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-16786, styled *Alamo Heights Neighborhood Committee, Alamo Heights Neighborhood Association, and John Joseph v. City of Alamo Heights, Texas; Louis Cooper, in his capacity as Mayor of the City of Alamo Heights; Ann McGlone, in her capacity as City Manager of the City of Alamo Heights; Jill Souter, Stan McCormick, Bobby Rosenthal, and Susan Harwell, in their capacities as City Council Members of the City of Alamo Heights*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.